Electronically Submitted
8/24/2015 1:41:53 PM
Gregg County District Clerk
By: Debbie Kinney ,deputy

CAUSE NO. 2011-1426-B

| | | |
|---|---|---|
| SUE KILLGORE MOBLEY, | § | IN THE DISTRICT COURT FILED IN |
| | § | 6th COURT OF APPEALS |
| | § | TEXARKANA, TEXAS |
| Plaintiff, | § | |
| | § | 8/25/2015 9:02:47 AM |
| | § | DEBBIE AUTREY |
| vs. | § | OF GREGG COUNTY, TEXAS Clerk |
| | § | |
| PERRY D. REED, PERRY D. REED & | § | |
| COMPANY, P.C., and | § | |
| JAMES A. MOBLEY, | § | |
| | § | |
| Defendants. | § | 124TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

To the Honorable Judge of Said Court:

Come now Sue Killgore Mobley, who makes and files this, her Notice of Appeal, and in support whereof would respectfully show unto the Honorable Court as follows:

1. The appeal is in Cause No. 2011-1426-B; styled Sue Killgore Mobley v. Perry D. Reed, Perry D. Reed & Company, P.C. and James A. Mobley filed in the 124th Judicial District of Gregg County, Texas.

2. The Judgment being appealed was signed on July 15, 2015, but a 306a(5) Motion to Fix Date of Judgment was filed on August 24, 2015.

3. This motion asks the trial court to find that notice of this judgment was not received until August 24, 2015, but this request has yet to be heard by the trial court.

4. Sue Kilgore Mobley is the party that desires to appeal.

5. Sue Killgore Mobley is appealing to the Sixth Court of Appeals located at Bi-State Justice Bldg, 100 N. State Line Ave., No. 20, Texarkana, TX 75501.

6.     Petitioner, Sue Killgore Mobley and her attorney of record are filing said notice.

Respectfully submitted,

ADKISON LAW FIRM
300 West Main
Henderson, Texas 75652
Telephone: (903) 657-8545
Telecopier: (903) 657-6108
nancy@adkisonlawfirm.com


_____
Ron Adkison
State Bar No. 00921090

Attorney for Sue Mobley

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Appeal has been served on R.L. Whitehead, Jr., counsel of record for the Defendant, 505 North Green Street, Longview, Texas 75606, through the Court's efiling system, on this, the _24_ day of August, 2015.


_____
Ron Adkison